# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKASNAS
# WESTERN DIVISION

KARLYE COFFMAN, on
Behalf of K.M.C., a minor                                           PLAINTIFF

v.                      No. 4:18-cv-150-DPM-JTK

NANCY A. BERRYHILL,
Commissioner of Social
Security Administration                                             DEFENDANT

## ORDER

No one objected to Magistrate Judge Kearney's Recommended Disposition, № 16. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to 1983 Addition), and for legal error, the Court adopts the recommendation.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2018