# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKASNAS
# WESTERN DIVISION

KARLYE COFFMAN, on
Behalf of K.M.C., a minor                                          PLAINTIFF

v.                       No. 4:18-cv-150-DPM-JTK

NANCY A. BERRYHILL,
Commissioner of Social
Security Administration                                            DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed, and the claim is remanded to develop the record on the severity of K.MC.'s disabilities, which should include consultation with a mental health provider qualified to work with young children. This is a "sentence four" remand. 42 U.S.C. § 405(g).

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2018