IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KARLYE COFFMAN,
on behalf of K.M.C., a minor                                    PLAINTIFF

v.                      No. 4:18-cv-150-DPM

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                  DEFENDANT

## ORDER

The Government hasn't objected to Coffman's motion for an award of fees under 28 U.S.C. § 2412(d). The hours and fees are reasonable. The unopposed motion, № 19, is therefore granted. The Court awards a reasonable attorney's fee of $3,999.90, payable directly to Coffman. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Coffman's lawyer.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2019